IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELISSA CRANE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 22-4650** |
| | : | |
| **ALEJANDRO MAYORKAS** | : | |

## ORDER AND FINAL JUDGMENT

**AND NOW**, this 12th day of April 2024, upon considering defendant's motion for summary judgment (DI 22), plaintiff's response (DI 37), defendant's reply (DI 42), and the arguments made by both parties at our oral argument on defendant's motion (DI 45, 46), it is **ORDERED** that defendant's motion is **GRANTED** as to all remaining claims. **FINAL JUDGMENT** is entered in favor of defendant. Fed. R. Civ. P. 54, 58.

_____
**MURPHY, J.**